IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE LUIS CORIA RAMIREZ,

Petitioner,

v.

SERGIO ALBARRAN, et al.,

Respondents.

Case No. 26-cv-06973-CRB

**ORDER RE GOVERNMENT RESPONSE**

The Court is in receipt of the "Response to Order Granting Temporary Restraining Order" filed by Respondents Sergio Albarran, Field Office Director of the San Francisco Immigration and Customs Enforcement Office, David J. Venturella, Acting Director of the United States Immigration and Customs Enforcement, Markwayne Mullin, Secretary of the United States Department of Homeland Security, and Todd Blanche, Acting Attorney General of the United States, as well as the declaration and exhibit attached thereto. See Response (dkt. 11); Baldwin Decl. (dkt. 11-1); Exhibit ("Record of Deportable/Inadmissible Alien") (dkt. 11-2).

The Court will address the issues raised in the Response at the evidentiary hearing on Tuesday, July 21, 2026, at 11:00 am. That hearing will be conducted in person. The Court DIRECTS Deportation Officer Tyler W. Baldwin and Acting Group Supervisor of Homeland Security Investigations Christopher T. Howe to be present.

**IT IS SO ORDERED.**

Dated: July 16, 2026

_____

CHARLES R. BREYER
United States District Judge