IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE LUIS CORIA RAMIREZ,

Petitioner,

v.

SERGIO ALBARRAN, et al.,

Respondents.

Case No.  26-cv-06973-CRB

**ORDER RE EVIDENTIARY HEARING**

In light of Respondents' unopposed motion to extend the TRO and reset the evidentiary hearing in this case, which the Court has granted, the Court reiterates that Deportation Officer Tyler W. Baldwin and Acting Group Supervisor of Homeland Security Investigations Christopher T. Howe are DIRECTED to be present at the evidentiary hearing, now set for August 25, 2026 at 10:00 A.M.

**IT IS SO ORDERED.**

Dated: July 17, 2026

_____
CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California