Dalia Blevins (SBN 365610)
dalia@lrcl.org
La Raza Centro Legal
474 Valencia St., Ste. 295
San Francisco, CA 94103
Telephone: (415) 553-3424

*Pro Bono Attorney for Petitioner*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOSE LUIS CORIA RAMIREZ,<br><br>Petitioner,<br><br>v.<br><br>SERGIO ALBARRAN, Field Office Director of the San Francisco Immigration and Customs Enforcement Office; DAVID J. VENTURELLA, Acting Director of United States Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of the United States Department of Homeland Security; TODD BLANCHE, Acting Attorney General of the United States, acting in their official capacities,<br><br>Respondents. | CASE NO. 3:26-cv-06973<br><br>**MOTION FOR THE APPOINTMENT OF THE OFFICE OF THE FEDERAL PUBLIC DEFENDER** : ORDER |

La Raza Centro Legal ("LRCL" or "La Raza") represents Petitioner Jose Luis Coria Ramirez on a pro bono basis in his 28 U.S.C. § 2241 proceedings in front of this Court. Mr. Coria Ramirez, by and through LRCL attorney Dalia Blevins, hereby moves for appointment of the Office of the Federal Public Defender as co-counsel under the Criminal Justice Act.

As a non-profit organization, LRCL strives to provide direct legal services with cultural competency at pro bono or very low bono rates to increase economic and cultural accessibility to the legal system. On July 10, 2026, during Petitioner's Temporary Restraining Order ("TRO") hearing, the Court ordered an evidentiary hearing, currently set for August 25, 2026. Undersigned counsel is a first-year attorney who was sworn in last December in 2025, with her first district court appearance being Petitioner's TRO hearing on July 10, 2026. Counsel lacks experience in federal district court litigation, and though LRCL is organizationally building their experience, LRCL lacks federal litigation experience of this kind at the moment. Had this case been the only caseload Counsel and LRCL were concerned about in the next month, LRCL would be more than willing to take on the evidentiary hearing on their own. However, this is not the case. LRCL's Immigration Removal Defense Project has an ever increasing caseload and learning curve given the pro bono nature of our services and the political climate of this presidential administration, often resulting in weekly immigration law changes.

Further, Petitioner is currently indigent and unable to afford private counsel for his federal litigation. *See* Exhibit A: CJA23 form. Under 18 U.S.C. §3006A(a)(2)(B), "[w]henever the United States magistrate judge or the court determines that the interests of justice so require, representation may be provided for any financially eligible person who… is seeking relief under section 2241, 2254, or 2255 of title 28". Here, appointment of the Office of the Federal Public Defender is warranted in the interest of justice, given the lack of undersigned counsel's federal

experience, Petitioner's indigent status, and the complexity of the 28 U.S.C. § 2241 proceedings held in front of this Court. Petitioner respectfully requests this Court to grant this motion to appoint the Federal Public Defender's Office as co-counsel in the interest of Justice.

Dated: August 24, 2026

/s/ Dalia Blevins________________
Dalia Blevins
*Pro Bono* attorney for Petitioner

Date: August 24, 2026

